IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

NYEESHA RONAY HARRIS                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 4:07cv50-TSL-LRA

WAL-MART SUPER CENTER #981                                                              DEFENDANT

## ORDER OF DISMISSAL

The parties appeared before the Court on October 25, 2007 and were able to reach a compromise and settlement of all pending claims in this matter.  Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.  If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED October 29, 2007.

                                                      *s/Linda R. Anderson*
                                          UNITED STATES MAGISTRATE JUDGE