IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**NYEESHA RONAY HARRIS**                                                      **PLAINTIFF**

**VS.**                                                     **CIVIL ACTON NO. 4:07-cv-00050-TSL-LRA**

**WAL-MART SUPER CENTER # 981**                                   **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Nyeesha Ronay Harris, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this, the 8th day of November, 2007.

                                                                                 /s/Tom S. Lee
                                                                                 UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

   s/Nyeesha Ronay Harris
Nyeesha Ronay Harris, Pro Se


   s/Thomas M. Louis
Thomas M. Louis (MSB #8484)
Attorney for Defendants

Harris - Agreed Judgment.wpd